IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA and )
DWIGHT S. MCDANIEL, Revenue Officer, ) NO. C-06-2570-CRB
)
Petitioners, )
)
v. ) ORDER ENFORCING SUMMONSES
)
WILLIAM F. BOEHLKE and )
CHRISTINE A. BOEHLKE, )
)
Respondents. )

This case having come on for hearing on June 16, 2006, at 10:00 a.m., upon the return of an Order to Show Cause heretofore issued by this Court, and the Court having considered the record herein, including the Verified Petition To Enforce Internal Revenue Service Summonses, it is hereby:

**ORDERED** that respondents, William F. Boehlke and Christine A. Boehlke shall appear before Revenue Officer Dwight S. McDaniel, or any other designated agent, on July 7, 2006, at 9:00a.m., at the Offices of the Internal Revenue Service located at 1450 Golden Gate Ave., 6th Floor, Attn: Collection Group 1800, San Francisco, CA 94102 and then and there give testimony relating to the matters described in the subject Internal Revenue Service summonses, copies of which are attached to the Verified Petition To Enforce Internal Revenue Service Summonses and to produce for the Revenue Officer's inspection and copying respondents' records also described in the subject Internal Revenue Service summonses.

**ORDERED** this 19th day of June at San Francisco, California.

IT IS SO ORDERED
Judge Charles R. Breyer

UNITED STATES DISTRICT JUDGE